■ BVA CREDIT CORPORATION, Respondent, v ADMIRAL WIRE AND CABLE CORPORATION, Appellant, et al., Defendants.—Order, Supreme Court, New York County, entered on February 17, 1977, unanimously affirmed for the reasons stated by Greenfield, J., at Special Term. Respondent shall recover

of appellant $60 costs and disbursements of this appeal. Concur—Kupferman, J. P., Birns, Lane and Markewich, JJ.